UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATANYA ABERRA,

                Plaintiff,

against

CITY OF NEW YORK et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 1138 (LAK) (SLC)

**ORDER TO RESPOND**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court construes the filing at ECF No. 48, as a Motion for Leave to Amend the First Amended Complaint at ECF No. 23. Specifically, the Court construes the filing to request that Plaintiff be allowed to amend the complaint as follows:

1. Restore Police Officer Diana Florenciani as a defendant;
2. Add John Doe Police Officer 1 (Sergeant) and John Doe Police Officers 2 and 3 as defendants;
3. Add allegations of damages at paragraphs 30–32; and
4. Amend the monetary demand for each cause of action.

Defendants are ORDERED to respond to ECF No. 48, construed as a Motion for Leave to Amend the First Amended Complaint to include the above claims, by **January 17, 2020.** Plaintiff may submit a reply in further support of the Motion for Leave to Amend by **February 14, 2020**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the below address.

Dated:      New York, New York
               December 18, 2019

SO ORDERED

_Sarah L. Cave_
SARAH L. CAVE
United States Magistrate Judge

Mail To:    Natanya Aberra
             2075 3rd Ave., Apt. 6C
             New York, NY 10029