UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATANYA ABERRA,

        Plaintiff,

against

CITY OF NEW YORK,

        Defendant.

CIVIL ACTION NO.: 18 Civ. 1138 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE**, United States Magistrate Judge.

Pursuant to the discovery conference held in this matter on February 20, 2020, the Court ORDERS as follows:

The Court construes Plaintiff's letter at ECF No. 61 to be a supplement to the filing at ECF No. 28, which is construed as a Motion for Leave to Amend the First Amended Complaint. Accordingly, Defendant shall address the arguments made in that letter in their response to the Motion for Leave to Amend.

As pro se Plaintiff Aberra has not yet updated his address with the Court, Defendant is directed to provide Plaintiff with a copy of this Order, and remind him to provide to the Court a current address.

Dated:     New York, New York
            February 26, 2020

SO ORDERED

_____
**SARAH L. CAVE**
**United States Magistrate Judge**