UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATANYA ABERRA,

          Plaintiff,

against

CITY OF NEW YORK et al.,

          Defendants.

CIVIL ACTION NO.: 18 Civ. 1138 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

The Court is in receipt of Mr. Aberra's letter at ECF No. 63 regarding his obligations with respect to the settlement agreement reached by his prior counsel.

If Mr. Aberra wishes to supplement his response to Defendants' Motion to Enforce the Settlement Agreement (ECF No. 65), he must do so by no later than **March 16, 2020**.

The Clerk of Court is respectfully directed to mail a copy of this Order to Plaintiff at the below address.

Dated:     New York, New York
           March 2, 2020

SO ORDERED

_____
SARAH L. CAVE
United States Magistrate Judge

Mail To:   Natanya Aberra
           2075 3rd Ave., Apt. 6-C
           New York, NY 10029