UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATANYA ABERRA,

                Plaintiff,

against

CITY OF NEW YORK et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 1138 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on Plaintiff's representation in his letter at ECF No. 76 that his military unit has been activated in response to the national Covid-19 health crisis, the Court extends his time to file a response to Defendants' motion by 30 days. Plaintiff must submit his reply by **May 18, 2020**.

Dated:      New York, New York
             April 20, 2020

SO ORDERED

_Sarah Cave_
SARAH L. CAVE
United States Magistrate Judge

Mailed by Chambers To:    Natanya Aberra
                                2075 3rd Ave., Apt. 6-C
                                New York, NY 10029