UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATANYA ABERRA,

                Plaintiff,

  against

CITY OF NEW YORK et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 1138 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

Based on Plaintiff's representation in his letter at ECF No. 76 that his military unit was activated in response to the COVID-19 health crisis, and his communication to the Court that he has just been relieved of that duty, the Court extends his time to file a response to Defendants' motion by an additional two weeks. Plaintiff must submit his reply by **May 28, 2020**.

Dated:      New York, New York
             May 14, 2020

                                SO ORDERED

                                _____
                                SARAH L. CAVE
                                United States Magistrate Judge

Mailed by Chambers To:    Natanya Aberra
                                2075 3rd Ave., Apt. 6-C
                                New York, NY 10029