UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATANYA ABERRA,

                Plaintiff,

against

CITY OF NEW YORK et al.,

                Defendants.

CIVIL ACTION NO.: 18 Civ. 1138 (LAK) (SLC)

**ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    On July 31, 2020, the undersigned recommended that Plaintiff's motion for leave to file an amended complaint be granted in part and denied in part.  (ECF No. 84).  Plaintiff objected to the proposed limitations on his amended complaint (ECF No. 85), but on August 24, 2020, Judge Kaplan overruled those objections and adopted the report and recommendation.  (ECF No. 86).

    By **Friday, September 25, 2020**, Plaintiff shall file an amended complaint that complies with the Court's orders.  Specifically, Plaintiff is granted leave to file a Second Amended Complaint supplementing his allegations as to damages and remedies, as pled in the proposed amended complaint at ECF No. 48.  The Second Amended Complaint should not attempt to add Sergeant Ingram or the John Doe officers as defendants.

    The Clerk of Court is respectfully directed to mail a copy of this order to Plaintiff at the below address.

Dated:     New York, New York
            August 26, 2020

                              SO ORDERED

                              SARAH L. CAVE
                              United States Magistrate Judge

Mail To:   Natanya Aberra
2075 3rd Ave., Apt. 6-C
New York, NY 10029