UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NATANYA ABERRA,

          Plaintiff,

-v-

CITY OF NEW YORK et al.,

          Defendants.

CIVIL ACTION NO.: 18 Civ. 1138 (LAK) (SLC)

**TELEPHONE CONFERENCE
SCHEDULING ORDER**

**SARAH L. CAVE,** United States Magistrate Judge.

    The Court is in receipt of Plaintiff's "Notice of Motion" dated December 22, 2020. (ECF No. 93). Because the relief requested therein is not ripe for the Court's consideration, the Motion is DENIED without prejudice.

    The Clerk of Court is respectfully directed close the Motion at ECF No. 93 and to send a copy of this Order to Plaintiff at the below address.

Dated:    New York, New York
          December 23, 2020

SO ORDERED

*/s/ Sarah L. Cave*
SARAH L. CAVE
United States Magistrate Judge

Mail To:    Natanya Aberra
          2075 3rd Ave., Apt. 6-C
          New York, NY 10029