# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

NATANYA ABERRA,

                    Plaintiff,                      18 **CIVIL** 1138 (LAK)

        -against-                        **JUDGMENT**

THE CITY OF NEW YORK, et ano.,

                    Defendants.

------------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Memorandum and Order dated August 2, 2021, the objections to the R&R are overruled. The Motion to dismiss or for other relief (DI 98) is converted into a motion for summary judgment dismissing the case and summary judgment dismissing the case is granted on the merits and with prejudice; accordingly, the case is closed.

**Dated:**  New York, New York
          August 2, 2021

                                                           **RUBY J. KRAJICK**
                                                           **Clerk of Court**
                                      **BY:**
                                                             **Deputy Clerk**